STATE OF NORTH CAROLINA v. STEVE MASSINGALE AND DANNY MASSINGALE

No. 7427SC425

(Filed 19 June 1974)

APPEAL by defendants from *Friday, Judge,* at the 22 October 1973 Session of GASTON Superior Court.

Heard in the Court of Appeals 12 June 1974.

State v. Massingale

Defendants were charged and convicted of the felonious larceny of a riding lawn mower from the Bessemer City Machine Shop.

*Attorney General Robert Morgan by Assistant Attorney General Myron C. Banks.*

*Robert D. Forbes and Nicholas Street for defendant appellants.*

CAMPBELL, Judge.

This appeal presents only the face of the record for our review. We have carefully reviewed the record and find no prejudicial error.

No error.

Judges PARKER and HEDRICK concur.